ANN BIRMINGHAM SCHEEL
Acting United States Attorney
District of Arizona
RUI WANG
Assistant U.S. Attorney
United States Courthouse
405 W. Congress St., Suite 4800
Tucson, Arizona 85701
Telephone: (520) 620-7300
Email: rui.wang@usdoj.gov
Attorneys for Plaintiff

___FILED___LODGED
___RECEIVED___COPY

2011 OCT 13 P 2: 39

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>  Plaintiff,<br><br>  v.<br><br>ARNOLD LINDSAY,<br><br>  Defendant. | CR11-3574 TUC  PCB/BPV<br><br>INDICTMENT<br><br>Violation:<br>18 U.S.C. § 111(a)<br><br>VICTIM CASE<br><br>(Assault on a Federal Employee) |

THE GRAND JURY CHARGES:

On or about June 1, 2011, at or near Tucson, in the District of Arizona, Arnold Lindsay did forcibly assault Associate Warden S.M., a corrections official employed by the United States Penitentiary, while S.M. was engaged in the performance of her official duties, by willfully attempting to inflict injury on, and making physical contact with, S.M., that is,

///

///

lunging and attempting to grab S.M. and spitting on her face and neck, in violation of Title 18, United States Code, Sections 111(a).

A TRUE BILL

/s/
--------
Presiding Juror

ANN BIRMINGHAM SCHEEL
Acting United States Attorney
District of Arizona

_____
Assistant United States Attorney

OCT 1 3 2011

REDACTED FOR
PUBLIC DISCLOSURE

U.S. v. Lindsay,
Indictment, pg. 2